UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

In re: ARTHUR D'AMARIO,

Movant,

Civil File No. 00-2464 (ADM/AJB)

ORDER

The above named Movant, Arthur D'Amerio, is a prisoner at the Federal Medical Center in Rochester, Minnesota. He commenced this action on November 6, 2000, by filing a self-styled "Motion For Hearing Under 18 U.S.C. § 4245," (Docket No. 1), and an application for leave to proceed in forma pauperis, ("IFP"), (Docket No. 3).

The Court finds that the Movant is financially eligible for IFP status, and his IFP application will therefore be granted.

Whether the Movant's present motion can be entertained here, and whether he is entitled to the relief he is seeking (or any other relief), are issues that cannot be resolved on the basis of the Movant's very limited submissions. The Court will direct that a copy of Plaintiff's motion and supporting memorandum, (Docket Nos. 1 and 2), be served on the U.S. Attorney for this District. The U.S. Attorney will have 60 days after service has been effected in which to file a written response to the Movant's submissions, showing cause why the Movant's motion should not be granted. Thereafter, the parties shall await the further order of the Court.

Based upon the above, and upon all the files, records, and proceedings herein,

FILED NOV 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

**IT IS HEREBY ORDERED** that:

1. The Movant's application for leave to proceed in forma pauperis in this matter, (Docket No. 3), is **GRANTED**;

2. The U.S. Marshal shall serve a copy of the Movant's motion and supporting memorandum, (Docket Nos. 1 and 2), upon the United States Attorney for the District of Minnesota.

3. Within sixty days after the Movant's papers have been served, the United States Attorney shall file a written response to the Movant's motion, showing cause why the motion should not be granted.

Dated: November 14th, 2000

ARTHUR J. BOYAN
United States Magistrate Judge