**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Civil No. 00-2464 ADM/AJB

In re Arthur D'Amario,

Petitioner,

**ORDER ON VOLUNTARY DISMISSAL**

Petitioner in this matter filed a Motion for Hearing under 18 U.S.C. § 4245, therein objecting to his transfer to a psychiatric facility. The Court ordered the United States Attorney to respond to the motion, and such response was due January 28, 2001. Petitioner now moves to voluntarily dismiss the cause pursuant to Fed. R. Civ. P. 41(a)(1)(i). The District Court docket indicates that no answer or response has been filed by the United States Attorney.

Based upon the petitioner's voluntary dismissal prior to service of a court-ordered response, **IT IS HEREBY ORDERED THAT** this matter is dismissed without prejudice. The requirement of a response by the United States Attorney is vacated.

Dated: 1/24/01

Arthur J. Boylan
United States Magistrate Judge

JAN 24 2001
FILED
DOSAL, CLERK